UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                      :
JOHN A. BENEDETTO,                                    :
                                                      :
                         Plaintiff,                   :
                                                      :
        -v-                                           :
                                                      :
AINSPH, LLC, a/k/a 64 3RD AVENUE AINSPH, LLC          :
d/b/a The Ainsworth-East Village,                     :
                                                      :
                         Defendant.                   :
                                                      :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/27/2020__

18-cv-7575 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Complaint in this action was filed on August 20, 2018.  Defendant was served on September 20, 2018, but has not appeared in this action or responded to the Complaint.  Plaintiff has asked for five extensions to allow Defendant to make its appearance.

On March 9, 2020, the Court ordered that if Defendant did not appear within 14 days of that order, Plaintiff should move for default judgment.  On March 18, 2020, Plaintiff moved to stay the action and all deadlines for 30 days.  The Court held a conference to discuss this application on March 27, 2020 in which Defendant did not appear.

It is hereby ORDERED that if Defendant does not appear in the action by April 24, 2020, Plaintiff should move for default judgment or risk dismissal of the action for failure to prosecute.  As specified in Attachment A to this Court's Individual Practices in Civil Cases, Plaintiff should not proceed by order to show case.

        SO ORDERED.

Dated: March 27, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge