```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOHN A. BENEDETTO,                                                :
                                                                  :
                        Plaintiff,                                :
                                                                  :            18-cv-7575 (LJL)
        -v-                                                       :
                                                                  :                ORDER
AINSPH, LLC a/k/a 64 3RD AVE AINSPH, LLC d/b/a                    :
THE AINSWORTH-EAST VILLAGE,                                       :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

LEWIS J. LIMAN, United States District Judge:

On May 21, 2020, Plaintiff moved to file an amended complaint to add a second defendant to this action. *See* Dkt. No. 23.

It is hereby ORDERED that Defendant AINSPH, LLC will indicate whether it objects to this amendment by May 29, 2020, and if it does, it will submit an opposition brief by June 22, 2020. Plaintiff's reply brief, if any, will be due July 6, 2020.

SO ORDERED.

Dated: May 22, 2020
       New York, New York                           _____
                                                         LEWIS J. LIMAN
                                                         United States District Judge