```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOHN A. BENEDETTO,                                                 :
:
                              Plaintiff,                           :
:                    18-cv-7575 (LJL)
        -v-                                                        :
:                         ORDER
AINSPH, LLC a/k/a 64 3RD AVENUE AINSPH, LLC                        :
d/b/a THE AINSWORTH-EAST VILLAGE and 62-64                         :
THIRD AVE L.P.                                                     :
:
                              Defendants.                          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that if Defendants do not appear in the action by September 21, 2020, Plaintiff should move for default judgment by October 6, 2020 or risk dismissal of the action for failure to prosecute. A hearing on the motion is scheduled for October 14, 2020 at 11:00 a.m. Plaintiff is directed to Attachment A to this Court's Individual Practices in Civil Cases for the procedures on the motion for default judgment.

      Counsel for Plaintiff is ordered to notify Defendants of this Order.

      SO ORDERED.

Dated: July 24, 2020
       New York, New York                  _____
                                                LEWIS J. LIMAN
                                                United States District Judge